**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**September 23, 2004**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-40318
Summary Calendar

_____

JANICE STOKER,

                                        Plaintiff-Appellant,

                        versus

COLUMBIA MAINLAND MEDICAL CENTER/
HCA HEALTHCARE CORPORATION,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-03-CV-139

_____

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        The judgment of the district court is affirmed for the

reasons given by Judge Kent in his order of February 12, 2004.  A

review of the record and appellant's argument establishes:

        1.   Defendant's plan was followed by Mainland in the

termination of benefits.  Because Ms. Stoker's injury

occurred at her place of employment and under the

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

circumstances on March 15, 2000, the visit to Dr. Nedry was not an emergency.

2. The terms of the separate plan, applying to injuries not covered by the plan the subject of this action, are irrelevant.

3. There is no evidence of conflict of interest, nor public policy infirmity. No second opinion was denied.


AFFIRMED